# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VICTOR ARIZA,**

      Plaintiff,

v.                                                 Case No. 6:24-cv-700-JA-EJK

**MOI ORLANDO LLC,**

      Defendant.

## ORDER

In light of Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 13), the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on June 17, 2024.

                                                      JOHN ANTOON II
                                                      United States District Judge

Copies furnished to:
Counsel of Record